■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY C. JOHNSON, Appellant. (Appeal No. 1.) [671 NYS2d 391] —Judgment unanimously affirmed. Memorandum: Defendant knowingly, voluntarily and intelligently waived his right to appeal from each judgment of conviction (*see, People v Allen*, 82 NY2d 761, 763). Further, defendant's plea of guilty to attempted robbery in the second degree was knowingly, voluntarily and intelligently entered (*see, People v Lopez*, 71 NY2d 662, 666). We therefore do not consider defendant's contention that the consecutive sentences are unduly harsh or severe (*see, People v Myers* [appeal No. 1], 249 AD2d 929 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Elliott, J.—Attempted Robbery, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.